UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Fotios Theodosopoulos
                              Plaintiff,

v.                                              Case No.: 1:12−cv−04445
                                                Honorable Marvin E. Aspen

NCO Financial Systems, Inc.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 5, 2012:

      MINUTE entry before Honorable Marvin E. Aspen: A Satisfaction of Judgment having been filed, and all matters in controversy having been resolved, this actin is dismissed. The status hearing set for 9/6/12 is stricken. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.